UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SIUGIN LEE,<br><br>                              Defendant. | Case No.:  20CR3241-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

    Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for March 26, 2021 shall be continued to **April 23, 2021** at **1:30 p.m.**  Defendant shall file an acknowledgement of the new hearing date by April 9, 2021.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated:  March 22, 2021

                                                Hon. Janis L. Sammartino
                                               United States District Judge