PROB 12B  
(08/16)

July 27, 2021  
pacts id: 1275751

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Siugin Lee (English)    **Dkt No.:** 20CR03241-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** Time served (117 days' custody); 3 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** June 25, 2021    **Date Supervised Release Commenced:** June 25, 2021

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**(Special Condition)**
Not enter or reside in the Republic of Mexico without permission of the court or probation officer and comply with both United States and Mexican immigration laws.

## CAUSE

On June 29, 2021, during an office visit, Mr. Lee advised that he would like permission to travel to Mexicali, Mexico for medical reasons. Unfortunately, he does not have medical coverage in the U.S., and wants permission to obtain medical treatment in Mexico as needed. Mr. Lee is gainfully employed, has submitted a random urinalysis with negative results for illicit drugs and has presented no supervision issues. The probation officer is not opposed to his requested to travel to Mexico for medical reasons as needed.

Considering the aforementioned, it is respectfully recommended that the conditions of Mr. Lee's supervision be modified as requested herein.

Respectfully submitted:    Reviewed and approved:

by *Amanda Behl*    *Pascual Linarez* (signature)

Amanda L. Behl    Pascual Linarez
U.S. Probation Officer    Supervisory U.S. Probation Officer
(760) 339-4203

PROB12B
Name of Offender: Siugin Lee								July 27, 2021
Docket No.: 20CR03241-001-JLS									Page 2

**THE COURT ORDERS:**

__X__  THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

_____  OTHER _____

_____

*[signature: Janis L. Sammartino]*                                    07/28/2021

The Honorable Janis L. Sammartino                                     Date
U.S. District Judge